(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. CARROLL, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSIE LIVINGSTON, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.